

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00172-CV

**EMERALD SQUARES APARTMENTS**,
Appellant

v.

Preston **LAMKIN**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2026-CV-01003
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice

Delivered and Filed: August 5, 2026

DISMISSED FOR WANT OF PROSECUTION

A filing fee of $205.00 was due when appellant filed his notice of appeal. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, AND IN THE BUSINESS COURT, Misc. Docket No. 24-9047 (Tex. July 26, 2024).  On March 4, 2026, the clerk of the court notified appellant of this deficiency by letter and requested payment of the fee no later than March 16, 2026.  On June 10, 2026, we ordered appellant to pay the filing fee on or

before June 25, 2026. Our order cautioned appellant that this appeal would be dismissed if the filing fee was not paid by the date provided. The filing fee remains unpaid, and appellant has not filed a sworn statement of inability to pay court costs.

Additionally, on June 4, 2026, the trial court clerk filed a notification of late record stating the appellant failed to pay or make arrangements to pay the fee for preparing the clerk's record and that appellant is not entitled to preparation of the clerk's record without paying the fee. On June 10, 2026, we ordered appellant to provide written proof to this court by June 25, 2026, showing that either: (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. We warned appellant this appeal would be dismissed for want of prosecution if appellant failed to respond to our order. To date, appellant has not responded to either of our orders.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (permitting appellate courts to dismiss an appeal for want of prosecution when an appellant fails to pay or make arrangements to pay the fee for preparing the clerk's record); *see also* TEX. R. APP. P. 42.3(c) (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order).

PER CURIAM